[No. 37195-9-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BONNIE JEAN LUCAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-01817-0, JoAnne Alumbaugh, J., entered August 18, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37421-4-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY LEIDLE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-01480-8, Ronald L. Castleberry, J., entered September 21, 1995. *Reversed* by unpublished per curiam opinion.

[No. 37422-2-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT D. TREPP, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-01388-7, Ronald L. Castleberry, J., entered September 5, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 37564-4-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN SCHUMANN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-02601-6, Janice Niemi, J., entered October 31, 1995. *Affirmed* by unpublished per curiam opinion.